UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V   CASE NO. 3:03CR156(EBB)

CHARLES COLEMAN

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on November 30, 2004, be amended in part as follows:

**The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: 6 months. The defendant shall self-surrender on February 22, 2005 at 12:00 noon as designated by the Bureau of Prisons.**

In all other respects the Judgment & Order of Commitment entered by this Court on November 30, 2004, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 17th day of February, 2005.

                                                     /s/
                              ELLEN BREE BURNS, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT